# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-4635

———————————————

Walter LeRoy Corbett,

Petitioner,

v.

Department of Corrections,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

January 25, 2019

Per Curiam.

The petition for writ of certiorari is denied on the merits.

B.L. Thomas, C.J., and Bilbrey and Jay, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Walter LeRoy Corbett, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.